CHARLES OLSEN, Respondent, *v.* METROPOLITAN STREET RAIL-WAY COMPANY, Appellant.

*Olsen* v. *Metropolitan Street Ry. Co.*, 124 App. Div. 924, affirmed.
(Argued June 10, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through a collision between a wagon and one of defendant's cars.

*Franklin Kennedy, James L. Quackenbush* and *Henry A. Robinson* for appellant.

*Frank E. Hipple* and *Clinton T. Roe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.